IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01755-REB-MEH

MIKOYAN WATSON, an individual, and
HERMAN WHITE, an individual,

      Plaintiffs,

v.

DENVER CAREER SERVICE BOARD,
DENVER DEPARTMENT OF PARKS AND RECREATION,
THE CITY AND COUNTY OF DENVER,
DENNIS WEBER, and
DANIEL BETTS,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 7, 2007.**

      Plaintiffs' Consented Motion for Modification of Scheduling Order [Filed December 6, 2007; Docket #16] is **granted**. The deadline for expert disclosures is changed to January 9, 2008, and Rebuttal expert disclosures are to be submitted on or before February 5, 2008.