IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01755-REB-MEH

MIKOYAN WATSON, an individual, and
HERMAN WHITE, an individual,

    Plaintiffs,

v.

DENVER CAREER SERVICE BOARD,
DENVER DEPARTMENT OF PARKS AND RECREATION,
THE CITY AND COUNTY OF DENVER,
DENNIS WEBER, and
DANIEL BETTS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 10, 2008.**

    Plaintiffs' Second Consented Motion for Modification of Scheduling Order [Filed January 9, 2008; Docket #19] is **granted**. The deadline for expert disclosures is changed to January 18, 2008, and rebuttal expert disclosures are to be submitted on or before February 18, 2008.