IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01755-REB-MEH

MIKOYAN WATSON, an individual, and
HERMAN WHITE, an individual,

      Plaintiffs,

v.

DENVER CAREER SERVICE BOARD,
DENVER DEPARTMENT OF PARKS AND RECREATION,
THE CITY AND COUNTY OF DENVER,
DENNIS WEBER, and
DANIEL BETTS,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 31, 2008.**

Plaintiff's Third Consented Motion for Modification of Scheduling Order [Filed March 27, 2008; Docket #38] is **denied**. The motion fails to comply with D.C.Colo.L.Civ.R. 6.1.E, which requires proof that the motion was served on the attorney's client. In addition, the Motion does not attempt to establish good cause as required by Fed. R. Civ. P. 16(b) for amendment of the scheduling order, and the mere consent of all parties does not establish good cause.