IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01755-REB-MEH

MIKOYAN WATSON, an individual, and
HERMAN WHITE, an individual,

    Plaintiffs,

v.

DENVER CAREER SERVICE BOARD,
DENVER DEPARTMENT OF PARKS AND RECREATION,
THE CITY AND COUNTY OF DENVER,
DENNIS WEBER, and
DANIEL BETTS,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#32], filed February 26, 2008; and (2) plaintiffs' **Motion for Order To Accept First Amended Complaint** [#37], filed March 18, 2008. I approve and adopt the recommendation and grant the motion to accept the First Amended Complaint for filing.

No objections were filed to the recommendation. Therefore, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be

approved and adopted.  Accordingly, plaintiffs' First Amended Complaint will be accepted for filing.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#32], filed February 26, 2008m is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiffs' **Motion for Leave To Amend Complaint** [#23], filed January 15, 2008, is **GRANTED**;

3. That plaintiffs' **Motion for Order To Accept First Amended Complaint** [#37], filed March 18, 2008, is **GRANTED**; and

4. That plaintiffs' First Amended Complaint, attached as Exhibit A to the **Motion for Order To Accept First Amended Complaint**, is accepted for filing as of the date of this Order.

Dated March 31, 2008, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**