**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01755-REB-MEH

MIKOYAN WATSON, an individual, and
HERMAN WHITE, an individual,

      Plaintiffs,

v.

DENVER CAREER SERVICE BOARD,
DENVER DEPARTMENT OF PARKS AND RECREATION,
THE CITY AND COUNTY OF DENVER,
DENNIS WEBER, and
DANIEL BETTS,

      Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court plaintiffs' **Motion For Acceptance of *Opposition To Motion of Defendants Dennis Weber and Daniel Betts To Dismiss, or in the Alternative, for Summary Judgment, on The Eighth Cause of Action* in Compliance with the *Reb CIV Practice Standard V.I.4*** [#52], filed April 29, 2008. The motion is **GRANTED**, and plaintiffs' **Opposition To Motion of Defendants Dennis Weber and Daniel Betts To Dismiss, or in the Alternative, for Summary Judgment, on the Eighth Cause of Action** [#50], is accepted for filing.

    Dated: April 30, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.