IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01755-REB-MEH

MIKOYAN WATSON, an individual, and
HERMAN WHITE, an individual,

      Plaintiffs,

v.

DENVER CAREER SERVICE BOARD,
DENVER DEPARTMENT OF PARKS AND RECREATION,
THE CITY AND COUNTY OF DENVER,
DENNIS WEBER, and
DANIEL BETTS,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2008.**

      Based on the parties' Notice of Settlement as entered on the record, Defendants' Motion for Protective Order Pursuant to Rule 26(c)(2), Fed.R.Civ.P. [Filed May 27, 2008; Docket #59] and Plaintiffs' Motion for Modification of Scheduling Order for Discovery Deadline and Dispositive Motions [Filed May 27, 2008; Docket #60] are **denied as moot**. All discovery deadlines in this case are hereby **vacated**.

      Dismissal papers are to be submitted on or before **July 14, 2008**.